FILED IN
COURT OF CRIMINAL APPEALS

January 2, 2015

ABEL ACOSTA, CLERK

WR-82, 102-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/2/2015 1:19:59 PM
Accepted 1/2/2015 1:25:03 PM
ABEL ACOSTA
CLERK

TO THE COURT OF CRIMINAL APPEALS

WR-82, 102-01

EX PARTE

On Application for a Writ of Habeas Corpus
Cause Number 1151921 in the
351st District Court from Harris County

CURTIS FOURNIER

---

### APPLICANT'S MOTION TO EXTEND TIME TO FILE BRIEF

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, CURTIS FOURNIER, and files this his Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

I.

This Court ordered briefing in this case from both parties to be due on December 30, 2014. No previous extensions have been requested.

II.

Applicant's attorney requests this extension because in this past month, counsel has suffered a very unpleasant and lingering virus and counsel's child has also been ill, which has disrupted counsel's work schedule in addition to holiday obligations and counsel's work on many cases including a trial setting on December 23, 2014. Counsel has also been working on the following matters:

- *In re K.C.,* Juvenile Trial Court No. 2012-04759J
- *Craig Beal,* 01-12-00896-CR
- *Abner Washington,* 01-14-00885-CR
- *Forest Penton,* 14-14-00406-CR
- *Rodney Robins,* 01-14-00582-CR
- *Hugo Pachas-Luna,* 01-14-00516-CR, et. seq.

### III.

Appellee's attorney requests this extension of 30 days, which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this Honorable Court grants this requested extension of time to file the brief in the above cause and extend the time for filing to January 30, 2015.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas

/s/ *Sarah V. Wood*
SARAH V. WOOD
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellee's Motion to Extend Time to File Brief has been served on Roe Wilson, Assistant District Attorney of Harris County, Texas via the electronic e-file system.

/s/ *Sarah V. Wood*
Sarah V. Wood